UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ABRAHAM LAMM, individually and on behalf of
all others similarly situated,

                       Plaintiff,

-against-                                              21 **CIVIL** 2478 (NSR)

## **JUDGMENT**

FMS, INC., and JOHN DOES 1-25,

                       Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 28, 2022, Defendants' motion to dismiss is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        February 28, 2022

                                                             RUBY J. KRAJICK

                                                                Clerk of Court

                                           BY:

                                                               **Deputy Clerk**